AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Anthony Mastanduno<br><br>Defendant | Case: 1:23-mj-00206<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 8/16/2023<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Anthony Mastanduno _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☒ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§111(a)(1) and b - To forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals, and to use a deadly or dangerous weapon or inflict bodily injury during the commission of such acts.;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so;
18 U.S.C. § 1752(a)(4) - Knowingly engage in any act of physical violence against any person or property in any restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D)- To utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress;
40 U.S.C. § 5104(e)(2)(F)- To engage in any act of physical violence in the Grounds or any of the Capitol Buildings;
40 U.S.C. § 5104(e)(2)(G)- To parade, demonstrate, or picket in a Capitol Building,
18 U.S.C. § 231(a)(3)- unlawful to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function, operation, or action carried out.

Date:     08/17/2023 _____                  _____
                                                                            *Issuing officer's signature*

City and state:     _____ Washington, D.C. _____          _____ Moxila A. Upadhyaya, U.S. Magistrate Judge _____
                                                                            *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 8/17/2023 , and the person was arrested on *(date)* 8/23/2023 at *(city and state)* Asheville, NC .<br><br>Date: 8/23/2023 _____                  _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        FBI SA Miriam M. Oviedo-Clark<br>                                                                        *Printed name and title* |