UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ANTHONY MASTANDUNO,<br><br>           Defendant. | DOCKET NO. 1:23-cr-434 (TSC)<br><br>**NOTICE OF INTENT TO PLEAD GUILTY AND REQUEST FOR RULE 11 HEARING** |

Anthony Mastanduno, by and through undersigned counsel, gives notice of his intent to plead guilty to Counts 1 through 9 of the Indictment in this matter.

Mr. Mastanduno will be pleading without a plea agreement and requests a Rule 11 hearing.

The Government has been notified of Defendant's desire to plead guilty.

Dated: February 13, 2024        Respectfully Submitted,

        s/**Rhett H. Johnson**
        Rhett Hunter Johnson
        W.Va. Bar #12114
        N.C. Bar #35365 (inactive)
        Assistant Federal Public Defender
        Federal Public Defender for the
        Western District of North Carolina
        1 Page Avenue, Suite 210
        Asheville, NC 28801
        Phone: (828) 232-9992
        Fax: (828) 232-5575
        E-Mail: Rhett_Johnson@fd.org