UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1: 23-cr-434 (TSC) |
| | : | |
| ANTHONY MASTANDUNO, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT PRE-PLEA SUBMISSION**

Pursuant to the Court's February 14, 2024, order, the parties jointly respond as follows:

**A.     Mandatory Detention**.

The parties' respective positions on mandatory detention are summarized below. The government reserves the right to respond to Defendant's briefing on this issue.

1. Government's Position:
   The government submits that the Defendant will be subject to mandatory detention under 18 U.S.C. §§ 3142, 3143 because 18 § U.S.C. 111(b) is "an offense which is categorically a crime of violence." *United States v. Quaglin*, 851 F. App'x 218 (D.C. Cir. 2021); 18 U.S.C. § 3143(a)(2) (requiring that "[t]he judicial officer shall order" detention unless certain inapplicable exceptions apply); 18 U.S.C. § 3142(f)(1)(A) (listing "crime of violence" among the offenses requiring mandatory detention); 18 U.S.C. § 3156(a)(4) (defining the term "crime of violence").

2. Defendant's Position:
   The Defendant, who plans to brief this issue separately, submits that the exceptions in 18 U.S.C. § 3145 apply here.

**B.     Counts Two and Three, brought under 18 U.S.C. § 111.**

Here, the parties agree that the parenthetical paragraphs following Counts Two and Three of the indictment (ECF 21) are incorrect as written, and the United States will separately move to strike the erroneously-included "(1)(A)" from the end of those paragraphs.   Because the substance

of the charges is left unaffected by correcting this minor clerical error, the parties agree that striking the erroneous language does not require resubmission to the grand jury. *See, e.g., United States v. Kegler*, 724 F.2d 190, 194 (D.C. Cir. 1983); *see also United States v. Bush,* 659 F.2d 163, 167 (D.C. Cir. 1981).

Assuming the Court grants the government's motion to strike, the revised parenthetical paragraphs following Counts Two and Three will both read as follows:

> **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,** in violation of Title 18, United States Code, Sections 111(a) and (b)

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

| | | |
|---|---|---|
| */s/ Rhett Johnson* | By: | */s/ Samantha R. Miller* |
| RHETT JOHNSON | | SAMANTHA R. MILLER |
| Assistant Federal Public Defender | | Assistant United States Attorney |
| WV Bar # 12114 | | New York Bar No. 5342175 |
| Western District of North Carolina | | United States Attorney's Office For the District of Columbia |
| 1 Page Avenue, Suite 210 | | 601 D Street, NW 20530 |
| Asheville, NC 28801 | | Samantha.Miller@usdoj.gov |
| Tel: (828) 232-9992 | | |