UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1: 23-cr-434 (TSC) |
| | : | |
| **ANTHONY MASTANDUNO,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

GOVERNMENT'S UNOPPOSED MOTION TO STRIKE
CLERICAL ERROR IN THE INDICTMENT

As noted in the parties' Joint Pre-Plea Submission (ECF 28), the parties agree that the parenthetical paragraphs following Counts Two and Three of the indictment (ECF 21) are erroneous as written because they include a clerical error: the number and letter "(1)(A)" follow subsection (b) to 18 U.S.C. § 111, despite that 18 U.S.C. § 111(b) contains no subsection "(b)(1)(A)."

Therefore, the United States respectfully moves to strike the "(1)(A)" from the parenthetical paragraphs following Counts Two and Three of the indictment.  If the Court grants this motion to strike, the revised parenthetical paragraphs following Counts Two and Three will both read as follows:

> **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,** in violation of Title 18, United States Code, Sections 111(a) and (b)

Because the substance of the charges is left unaffected by correcting this minor clerical error, the parties agree that striking the erroneous language does not require resubmission to the grand jury. *See, e.g., United States v. Kegler*, 724 F.2d 190, 194 (D.C. Cir. 1983); *see also United*

*States v. Bush,* 659 F.2d 163, 167 (D.C. Cir. 1981).  The government has conferred with counsel for the defense, and the defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests the Court grant this motion and strike the number and letter "(1)(A)" from the parenthetical paragraphs following Counts Two and Three of the indictment.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:    */s/ Samantha R. Miller*
        SAMANTHA R. MILLER
        Assistant United States Attorney
        New York Bar No. 5342175
        United States Attorney's Office
        For the District of Columbia
        601 D Street, NW 20530
        Samantha.Miller@usdoj.gov