5/03/2024

The Honorable Tanya S. Chutkan
United States District Court Judge
United States Courthouse
333 Constitution Ave NW
Washington, D.C. 20001
To The Honorable Judge Chutkan:

My name is Jodi Mastanduno.  I am writing to you today on behalf of my husband Anthony
Mastanduno who is scheduled for sentencing on June 27, 2024.  I have been married to
Anthony for over 33 years and we have three beautiful children.

First I want to thank you for taking the time to read my letter.  Many people feel I may be biased
because Anthony is my husband, but I feel I know him better than anyone since we have been
together for over 35 years.

There are so many great qualities about Anthony that it is hard to put together in one letter.  But
I would like to share some of the examples.  Anthony is an honest, hardworking and devoted
man.  He would do anything for his family,  and is always a phone call away from anyone who
needs his help.  He puts the needs of others before his own especially when it comes to his
family.  He had  worked for the same company for over 35 years before retiring.  He devoted his
spare time to volunteer and to be there for people in need. And he never got in trouble with the
law.

Anthony has not had an easy life but he has never let that defeat him.  He grew up without a
father figure in life and his siblings were older than him and out of the house,  It was just him
and his mom.  By the time he was 13 he got a job at a local museum.  Within a couple of years
he had a second job at a local fast food restaurant, all of this he did so he could help his mom
out with money.  Through all of this he still managed to graduate High School and even got a full
scholarship to a drafting school. He soon realized this was not his life ambition so he left the
school instead of wasting their money on him and he joined the Marines.

Anthony has always instilled in our children truth and honesty.  He wanted to be the father figure
that he never had and to be there for his children.  He taught them to stand up for what is right
and to never give up.  One year when my son was in High School we got a call from the school
that my son would be suspended for hitting a girl in the hallway.  My son swore it did not
happen.  My first thought is children lie to get out of trouble but Anthony believe our son and
went to the school to fight for him.  He sat there for a long time going through videos with the
principal.  It turned out the girl made up the story about my son, and because of Anthonys belief
in him he was back in school.  Another time my son's Marine Buddy was in a bad state from
PTSD.  No one could get in touch with him so my son decided he was going to drive to Georgia
from New York.  My husband right away got in the car and told my son "lets go".  They drove all

through the night and stayed with my son's buddy until they knew everything was going to be ok.

My older daughter Taylor was struggling with addiction.  Some parents just give up when their kids are in this state but Anthony took action.  He got her into rehab and from there into a Sober House.  He took her to meetings and even helped her pay half her rent so she could stay there and get better.  Even though she did relapse at one point Anthony never gave up.  He gave her love and support and believed in her. She has been clean for over a year and I pray it continues. I know it is hard on her to not call her dad at any time for his support but she still keeps positive.

My daughter Amanda is daddy's little girl. When we had her sweet 16 party at our home she kept saying she wanted to feel like a princess.  Anthony rented a horse and carriage to take her to the house so she could feel like cinderella.  She has so many ideas in life and Anthony has alway supported her and helped her.  In 11th grade she decided she wanted to write a book about veterans stories, but she wanted it to be a book of happy stories.  He took her to local VFW halls to speak to veterans.  He helped her with a July 4th BBQ to feed the veterans and help get stories to write about.  Even though it didn't work out because not too many veterans wanted to share stories, it made her realize she wanted  to help veterans and those suffering with PTSD.  She was familiar with it because her dad and her brother suffer from PTSD  but she wants to make a difference.  She is currently in college getting a degree in Animal Assisted Equine Therapy where she can work with people with disabilities and Veterans through therapy with Animals. Anthony has supported her and encouraged her through her time in college.

Anthony has alway been willing to help anyone that needs it.  When we first  moved to North Carolina and joined our local church, they were looking for volunteers for their soup kitchen. Anthony immediately volunteered and each month goes and helps make meals for over 400 people in our community who are less fortunate.  They were then looking for someone with a CDL license to drive their bus to events when needed.  Again he didn't think twice about doing this, and even though he has only taken the youth group to one event it was something he enjoyed doing.  Everyone at the church keeps telling me how missed my husband is with all the help he has given them.

There are so many more things that Anthony has done in life.  From being a cub scout leader, to coaching softball and even a lieutenant in our local volunteer fire department that he belonged to in New York.  He dedicated his time to helping our community and to training other people to do the same.  On September 11, 2001 he grabbed his fire gear and went down to Ground Zero to help in the search and rescue process.  He was due to have surgery on his neck within a week but he felt he needed to put the needs of others before his and said if he had to reschedule the surgery he would.

I am very sorry for the acts my husband committed on January 6.  Anthony and I have spoken in length about it and he is truly remorseful for it.  This was not his intent but he is an honest person and is accepting responsibility for what has happened.  Anthony has a lot of pride and by admitting to me he is sorry for what he has done takes a lot.

I know no one is perfect, and yes Anthony does have his faults.  He can be stubborn and he can be quick to not look before he leaps.  But through our talks he has realized that he needs to listen to those thoughts of doubt in his head and not react too quickly to things.  I know this experience has made Anthony a better person and he will continue to do good.  He goes to the VA for therapy and works to make himself a better person.

Your Honor, thank you for taking the time to read my letter I wrote.  I tried to keep it short so I apologize that it went on a bit long but it is hard to describe one person in one or two words.  I hope when making your decision you will take into account the difference Anthony has made in people's lives and all the good he has done.

Sincerely,

Jodi Mastanduno
Jodi Mastanduno
171 Old Orchard Rd
Union Mills, NC  28167

5/11/2024

The Honorable Tanya S. Chutkan
United States District Court Judge
United States Courthouse
333 Constitution Ave NW
Washington, D.C. 20001

To The Honorable Judge Chutkan,

Hello I am writing this letter in regards to Anthony Mastanduno.  My name is
Joseph Mastanduno and I am the son of Anthony Mastanduno.  I am 31
years old, a United States marine corp veteran and a substation
maintenance employee for PsegLI.  I am here today to tell you a little bit
about the type of father Anthony has been to me and the type of person he
has molded me into.  My father has raised me to take pride in everything I do
from my relationship to my work and to my country.  As a child he did not
hesitate to be at every sports event or make sure the money was there to
provide for gear and equipment.  He also never hesitated to sacrifice his free
time to be a part of things I took interest in.  He took on the responsibility of a
den leader for my cub scouts as well as becoming a commander for my  sea
cadets unit. He has always been there when I've needed him most, never
second guessing wanting to be there for me and my 2 other siblings.  Family
has always been his number one priority.

 I've also been lucky to grow up learning how to love from him and my
mother. They have always had one another's backs and always did what
they could to make us kids happy.  From  a young age I wanted to be able to
give and provide like my father has

. I'm going to fast forward to my time in service where my father helped
prepare me for the horrors of war and the struggle it would take to earn the
title of Marine. He did everything to make sure I got to where I wanted to be
in the service and was always available when I needed to talk. He even
answered a phone call from me in the middle of working during  superstorm
Sandy,  just to talk me through the things I was doing. My father suffers from
PTSD  which I have witnessed many times but it never affected his efforts as
a father. When I came home I myself was not in the best place mentally but
my father helped me realize it's better to face my issues head on. I was not

one for therapy or talking because to me it never helped but seeing my dad become even better of a man through it, gave me hope to keep trying and now at this point in my life I have successfully found help. I am involved with a non profit called warrior ranch that helps kill shelter horses be rehabilitated with help of veterans and first responders. This program my father also attended, to bond with me, where he went on one to do projects to help better the ranch and the horses living by building sheds and maintaining the property.

As I've stated before, I work for PsegLI which is a utility company here on Long Island which my father worked for as well. Being within the company I have big shoes to fill being that he left a great name for our family. All I hear constantly is I hope you work like your father and how good he was as a trainer and worker. My father has had his struggles and his ups and downs but he has never hesitated to be there in someone's time of need. He has always put himself last and I would be proud to be half the man he is. It has definitely been a hard time not being able to call him when I'm struggling or need help with something.

I just want to thank you, your honor for taking the time to hear what I have to say as his son and I hope at this time you might have a little more of an understanding of the type of man Anthony Mastanduno is.

Sincerely,

Joseph Mastanduno
631-466-2914
12 bark ln
Northport, NY 11768

5/12/2024

The Honorable Tanya S. Chutkan
United States District Court Judge
United States Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001


Your Honor Judge Chutkan,

My name is Taylor Mastanduno, the oldest daughter of Anthony Mastanduno. Im 25 years old and I definitely did not think I would have made it to 25 years old without the continuous love and support from my dad. I'm here to help paint you a picture of my life with man that i'm proud to call my father.

For starters, I participated in many sports such as Soccer, Horseback riding and softball. My dad has never said no to me when I wanted to explore a new sport. I was extremely successful playing as a lead goalie for the soccer teams i participated in and a jumper in horseback riding winning countless amount of ribbons(half of them being first place ribbons). I owe it to my dad for pushing me to be the best athlete. He would take me to the soccer fields to help me practice as long as i needed even after working countless amount of hours. He also made sure I got to my very early horse shows, lessons and to help assist my training whenever I needed. He would always make sure I had what I needed to be successful and I was.

I couldn't have asked for a better childhood. I have nothing but incredible memories. My dad has always put his family first. He always made sure we had 2 camping trips a year until we decided to be able to go whenever we want in the summer to a permanent camping spot. He always made sure to have an itinerary planned for when we are away to ensure the greatest vacations and he never failed. It was always full of laughs, smiles and quality family time. If me and my friends wanted to go do something, my dad would offer to drive and pick us up even if he has had a long day. He always treated my friends like family and everyone always felt so welcomed coming over my house.

I wanted to talk about a personal moment in my life that i don't know what i would have done without him. I've struggled with drug addiction on and off since I was 20 years old. It was a dark time in life but my dad was definitely the light in that darkness. He never turned his back on me once. I admit, as an addict at the time, I held a grudge being sent to rehab and sober living but looking back at it now, it truly saved my life. I was going down a path that would have put me in a grave before my dad but he saved my life. I turned my life around for the better and I'm able to be an independent woman now instead of being codependent. My dad made sure I made it to every Alcoholics Anonymous and Narcotics Anonymous to help maintain my sobriety. I had a few relapses but not due to any fault but my own. I always had that shining light know as my dad right behind me to hold me up. When i had doctor appointments while living in a halfway

house, he would take me even if he had to drive back and forth for 2 hours to make sure I got there. He even came out after work frequently just to take me out to dinner and talk about our days. My dad would wake up at 4 am to drive and pick me up to take me to volunteer at horse ranch dedicated to rescue horses and Veterans of our armed forces. This was a part of my sobriety that was important because I was ready to help other people in need after exceeding in my recovery program. Me and my dad even took time to build a tractor shed for the ranch. He always thinks of others and a way to help out. My dad helped me pay half of my rent for the sober living especially when I had a rent increase due to becoming a house leader and that helped me out with paying off my debts easier and any other expenses.

I've seen my dad go through some rough times with PTSD. Seeing him overcome PTSD is what helped me push through any rock bottoms I had. My dad has come back from something that seems impossible...dark thoughts that you cannot control and feeling like there's nothing ahead. Fortunately, he has worked through that and that became inspiration for me to get better. He got better for himself and his family... I had to do the same because if my dad could do it then I know I could too. He never gave up.

The hardest part for me with my dad being locked away is my dad used to always be a phone call away for when my days are bad and now he is not. My Dad was always the one person I could call and talk to about anything that was going on in my life but that is no longer an option for me. I Know my dad would answer on the first ring if I needed him but it brings me to tears and breaks my heart knowing that I can't talk to him when I need him. My dad always led me back on the right path and now it is tough to wrap my head around the fact he currently can't be there for his daughter when she needs him most.

Thank you, Your Honor, for taking the time to read this reference. I hope you will take into consideration the things that I have said and all the good qualities that my father possesses.

Sincerely,
Taylor Mastanduno

708 2nd Ave,
Wildwood, FL 34785

5/3/2024

The Honorable Tanya S. Chutkan
United States District Court Judge
United States Courthouse
333 Constitution Ave NW
Washington, D.C. 20001

To Your Honor Judge Chutkan,

My name is Amanda Mastanduno and I am the youngest daughter of Anthony Mastanduno, who
will be coming before you for  sentencing on June 27, 2024.

I am writing this letter to tell you of all the great qualities my father has.  Since I am the baby of
the family I was probably spoiled by my dad more than the others.  For the first few years of my
life my dad was called "Mr. "Mom" because he worked the night shift and my mom worked the
day shift.  Since my brother and sister were in school it was just  me and my dad.  I was told he
would work all night and come home to take care of me.  He did not want me in daycare
because he wanted to be a big part of my life.  So he would give up sleeping and would care for
me.  Even though I don't remember it, I was told we went everywhere together.  Whether it was
the park or the library he alway found something for us to do.

I am very close to my dad and I think it is because he played such an important role in my life.
He has taught me many lessons in life.  He has taught me to be a strong, independent, caring
and loving person.  He has taught me it is good to give as well as receive.  He has made me
work hard to achieve my goals but it was always worth it and without him to keep praising me I
don't know if I would have achieved them all. And he is someone who is always there for me to
talk to. He is like my best friend.

My dad worked hard to give me things in life.  I loved horse riding and he worked hard to pay for
all my equipment and my lessons.  At the same time he would always be there to watch me ride.
For my sweet 16 party, I said I wanted to feel like a princess.  My dad surprised me that day with
a horse and white carriage, so I can arrive at my party in style like a princess.  He has always
thought of others' happiness before his own.

My dad  is always willing to help people in need.  When we first moved to North Carolina, my
dad ran to the store.  He saw a elderly gentleman in the parking lot asking for money so he
could get a cab to go back home.  My dad immediately stepped up and drove the gentleman to
his house even though it was out of the way.  But this is the type of person he is.

As far as I can remember my dad was always working hard.  He would go to work during the
day and come home and work on the yard or some project on the house.  But he always made
our family his first priority.  One year I wanted to build a dog house for our dog.  My dad went out
and purchased the materials and together we built the dog house.

We also love to help volunteer when needed.  I love spending time with him at events like wreaths across America where we go and place wreaths on the graves.  These are examples of how my dad will do things for others.

The past few months have been tough without my dad here. Usually I would come home from college and tell him all about my class but he is not here for that.  I was accepted into the Society of Leadership and Success, due to my GPA at college,  and then I was certified in Suicide Prevention and he was not here to show the certificate too.  And looking to the future when I graduate next year I have to accept  that he may not be here.  But I know that it was his support and guidance that helped get me here.

I would like to say thank you for taking the time out to read the letter I wrote.  I hope that you take into consideration the good things my dad has done.

Sincerely,

Amanda Mastanduno
171 Old Orchard Rd
Union Mills, N.C. 28167

June 11, 2024

The Honorable Tanya S. Chutkan
United States District Court Judge
United States Courthouse
333 Constitution Ave NW
Washington, D.C. 20001

The Honorable Tanya S. Chutkan,

I'm writing this letter on behalf of Anthony Mastanduno.  My name is James
Skalkowski, I've known Mr. Mastanduno beginning in the year of 1993 through both of
our membership in the Copiague Volunteer Fire Department.

In the years I've known Mr. Mastanduno, I've observed a good man who put his family
and Country as his highest priorities.  Whether it was his time that he served our great
Country in the United States Marine Corps or his community involvement in the
volunteer fire service, he sacrificed many hours for the good of others.  His willingness
to help others has always been one of his most admirable traits.

One such instance I would like to bring to your attention is in the days following the
attacks of September 11, 2001, I was working at the site of the World Trade Center as
career New York City Firefighter.  While walking towards an area we were assigned to
work in one of the days following September 11th, I came across Mr. Mastanduno who
was there, on his own, wearing his gear from the volunteer fire department.  His desire
to do something to help was clearly evident and he asked if there was anything he
could do.  I asked him to join our crew and he worked side by side with us for
countless hours searching the debris for any survivors.

Aside from his family responsibilities, Mr. Mastanduno has always exhibited a strong
sense of community and has spent an immeasurable amount of time helping others
during their time of need and has made a difference in many lives, often at the worst
times of their lives.

I thank you for your time and consideration and hope that you can please recognize Mr.
Mastanduno as a good man who deserves leniency for a life of selfless service and
sacrifices.


Sincerely,


James Skalkowski
7290 Rosemont Ln.
Spring Hill, FL 34606
631-626-0321

6/3/2024

The Honorable Tanya S. Chutkan
United States District Court Judge
United States Courthouse
333 Constitution Ave NW
Washington, D.C. 20001

To the Honorable Tanya Chutkan:

My name is Denise Tavitian and I am writing this letter in support of Anthony Mastanduno who will be coming before you for sentencing.

Anthony has been a friend of mine and my husband for over 35 years. I met Anthony through his wife Jodi where they were both volunteers in the Copiague Fire Department. Over the years we have become great friends. I have always valued how hard of a worker he is, but at the same time he is always there for his friends and family. There is nothing he wouldn't do to help you in a time of need. He has always been a devoted father and husband to his children and his wife. Always there to support them and always put them first. As a volunteer fireman he would answer many alarms, going out to help the community in a time of need, putting their lives before his. As a volunteer he also worked with the dive team, to train and always be ready in any type of water rescue. He also volunteered to do fire prevention, where he would go to the schools and help educate the children about fire safety and how to stay safe in a fire. He always took pride in what he did.

As someone who has known him for many years I can only hope my letter shows to you the type of person he really is. I hope you will take into consideration the things I have said about Anthony Mastanduno and I hope you will be able to see the kind hearted giving person he is.

Thank you for taking the time to read my letter.

Sincerely,

Denise Tavitian
5 East Gate
Copiague, NY  11726

Chris Perry
18 W. Walnut St
Islip NY 11751
631-965-2785


The Honorable Tanya S Chutkan
United States District Court Judge
United States Courthouse
333 Constitution Ave NW
Washington DC 20001

To the Honorable Tanya Chutkan,

Hello, my name is Chris Perry. I am a Proud retired Lieutenant of the City of New York Fire
Department. I am also a volunteer firefighter on Long Island for over 30 years and very close
friend of Mr. Mastanduno for a majority of those 30 years.

It was the early 1990's when I first met Mr. Mastanduno, Tony, in the Copiague NY Fire
Department. He was introduced to me by a mutual friend, Jodi Flaack, who later went on to
become his wife.
I have had the honor and privilege of watching their marriage grow and prosper over the last
30 years. I have been fortunate enough to be thought of as family and enjoyed all their
Childrens achievements as they have grown into fine young adults.

Tony and I stood side by side in the darkest and brightest of times within the Copiague Fire
Department. Tony was always the first one to reach out and help a person in need. Be it a
simple illness or running into burning building to save another's life and/or property. Tony's
commitment to his community and service will never be in question to me. I trust him with my
life, knowing his values would never allow me or another to be harmed or hurt.

I was always engrossed in the conversation when Tony spoke of his time as a proud United
States Marine and serving honorably during some very intense times in History. The only time I
knew Tony was prouder as a Marine was when his son, Joseph took the oath and followed in
his father's footsteps as a US Marine. These are the kind of people I want myself and my family
to be around.

Tony's sense of family did not end with his wife and children. He included so many friends in
his life that we all became family. Tony never questioned a person's character or beliefs. It is
simple to him. If you are a good person, love your family and your Country he takes you in as
family where you are a member forever.

Tony was always jokingly known as the 'Old Guy", being a few years older than us. However, one thing we all know, if we needed help, no matter what time or event, Tony would be the first one there for us. And that is why we will always be there for him.

Yes, time creates changes and people don't see each other as often as we would like to. However, one thing I know for sure, Tony loves his Family, Country, Friends and would be there for you when needed. There not many more I can say are a truer Father, Friend and Patriot than Mr. Mastanduno.

Thank you for taking the time to read this correspondence and allowing me to give you just a small insight into what I know and feel Tony is to me and my family.

I apologize that I am not an eloquent speech writer. Please feel free to call me at the above listed number and I will give you a much more in depth understanding of what Mr. Mastanduno means to Me and My Family.

Sincerely
Chris Perry

5/6/2024

May,13 2024

The Honorable Tanya S. Chutkan

United States District Court Judge

United States Courthouse

333Constitution Avenue NW

Washington D.C. 20001

To The Honorable Tanya S. Chutkan,

Hi my name is Lisa Korsch, I have been a friend of Anthony Mastanduno for over 30 years. I am a Volunteer Firemen with the Copiague Fire Department, which is on Long Island for over 31 years. This is how I met Anthony Mastanduno. He was my Lieutenant in the Copiague Fire Department. He was a good leader who taught myself and other firemen different skills we needed to know to get a job done. He always gave his undivided attention to anyone who needed help. If you were struggling financially he would open his wallet and ask how much do you need. If I needed something fixed around my house he would come and do it.

He is a kind and compassionate man who loves and gives all to his family and friends.

I am a Teaching Assistant with the Copiague School District which is on Long Island for the past 30 years. I am also a Crossing Guard for the the Suffolk County Police Department for the last 21 years. I would trust Anthony Mastanduno with my life. If you need to reach out to me for any further information "Your Honor" my contact information is:

Mrs. Lisa Korsch        Cell (631) 466-8472

29 E Gate

Copiague, NY 11726

Sincerely,

Lisa Korsch

Lisa Korsch

Robin Staats

725 S 9th Street

Lindenhurst, NY 11757

The Honorable Tonya S Chutkan

United States District Court Judge

United States Court House

333 Constitution Avenue NW

Washington DC 20001

Your Honor Judge Chutkan,

Tony Mastanduno has been a close friend for over 35 years, he is like a brother to me.   I met Tony in the early 90's from the first time meeting him. He and I had a special friendship, he always checked in on me we were in the same circle of friends.

Tony was a caregiver for his brother, mom and anyone that needed he would never say no.  It never matters how much he has going on he always made time for anyone that needed it.

Tony is the first guy to always say what can I do to help, he will drop what he is doing to help someone in need, Tony served as a Volunteer Firefighter for many years servicing his town helping his community.

As an example of how sincere Tony is my father in law was ill for some years battling cancer, Tony made a special visit to see him to make sure everything in his home was working properly to ensure he was able to live comfortably without any issues.   This man has such a great heart and compassion for people. Tony would give anyone the shirt off his back if they needed it and never would want anything in return for his help.

Tony is a great husband, father to his 3 children great family man.  The best way for me to describe Tony is humble, caring, considerate, loving, and loyal are a few attributes to describe Tony.

Thank you for taking the time to read this letter.

Respectfully,

*Robin Staats*

Robin Staats

t5/7/2024

The Honorable Tanya S. Chutkan
United outhouse
District Court Judge
United States Courthouse
333 Constitution Ave NW
Washington, D.C. 20003

To The Honorable Judge Chutkan,

My name is James Graziano, and I am writing this letter in regards to Anthony Mastanduno who will be coming before you for sentencing.  Anthony Mastanduno was my neighbor in Farmingville, New York from 2003 till 2023.

Over the years Anthony was not only my neighbor but a friend. He was someone who was always there to talk to but someone who watched out for the neighborhood.  If there was any concern of something not right he was always the first to call to check on things.  At times when I had to go away on trips he always told me to have my  daughter call if there was a need for anything.  That he would come right over.  When he first moved in, he had a BBQ.  He invited all the  neighbors over because he wanted to get to know them. He even rented bounce houses for the kids.  He always strived to make other people happy.

Over the years that I've known Anthony, he has always proven to be a hard working, honest and dedicated person. He would devote his time to his family and proved to be a great father.  An example of this was when he would work on his childrens cars with them.  He would be outside doing repairs on their cars and they would be right there with him learning.  Anytime he went out, one of his kids always went with him, spending quality time together.

An example of how hard of a worker he was, is when he would go to work all day then come home and work on his house or yard.  He took pride in the work he would do.  And other times he would leave at 8 or 9 at night, after only getting home around 4 p.m. because he would get called out for a power outage. And without getting much rest he would be on the go again.  Not because he had to but because he cared about people  and wanted to go help get their electric back on as quickly as possible.  He would be out working all night, not getting any sleep, and not get home until the morning. He is a person who puts others' needs above his own.

I want to thank you for taking the time out  to read the letter I have written.  I hope you can take my words into consideration about the good person  that Anthony Mastanduno really is.   If you have any questions feel free to call me at the number listed below.

Sincerely,

James Graziano
235 Horse Block Rd
Farmingville, NY  11738
(631) 445-4063

5/12/2024

The Honorable Tanya S. Chutkan United States District Court Judge

United States Courthouse

333 Constitution Avenue NW

Washington, D.C. 20001

Your Honor Judge Chutkan,

My name is Sara Passalacqua and I am writing to shed light on the man Anthony Mastanduno truly is. I have known "Tony" since I was about 7 years old, and throughout my friendship with his oldest daughter, he has gradually became a father figure to me.

Tony exemplifies the qualities of integrity, compassion, and generosity. Countless times, I have witnessed him go above and beyond to help those in need, whether it be lending a listening ear, offering financial assistance, or volunteering his time for charitable causes. His selflessness knows no bounds, and his kindness leaves a lasting impact on all who have the privilege of knowing him. I knew that if I ever found myself in some form of trouble and needed someone, even if it meant traveling from states away he'd be there.

What I believe truly showed his character was when my best friend unfortunately had a battle with drug addiction, her father no matter how many others tried to persuade him to cut ties and let her go down what path she chose, he refused to give up on his daughter. I wholeheartedly believe that without his unconditional support and love he has for his family she wouldn't be here today.

I firmly believe that Anthony should be spared from any undue punishment. To deprive a family of their father and society of a model citizen would be a disservice to countless lives. I urge you to consider the entirety of Anthony Mastanduno's character and contributions to society when deliberating his fate.

In conclusion, I wholeheartedly vouch for Anthony Mastanduno as a man of exceptional character and virtue. I pray you grant him the opportunity to continue being the necessary glue his family needs to be whole.

Sincerely,

Sara Passalacqua

81 Hettys Path

Farmingville, NY 11738

The Honorable TANYA S. Chutkan
United States District Court Judge
United States Courthouse
333 Constitution Avenue NW
Washington D.C. 20001 ,

My Name is John C. Sabolewko and I am
a friend and former Co-worker of Mr. Tony
Mastanduno. Your Honor, I am writing you on
Behalf of Tony To Let you Know what a Kind
and giving man That Tony is. I've worked with
and Know Tony for a long Time and he always
would Help People or Try To help Them , he would
Stop whatever he was doing if he seen someone
needed help. He also would donate his Time To
Charity By helping The Warrior Ranch here in Long
Island in The Town of Calverton where They
help horses and Veterans , Tony would help
Them By Building structures That They needed and
doing Electric work For Them and anything else
They needed. He also Told me he was Volunteering
To help out The church he Belongs To in North
Carolina.

Aside From Helping strangers and Donating
his Time , Tony is also a family man who loves
his family more Than anything Else. I used To
watch him Everyday at work stop whatever he
was doing when his daughter would call him From
The Bus stop and They would Stay on The Phone ~~the~~
~~~~ until She got on The Bus so he Knew she
got To school safe, and he would do The same
Thing in The afternoon when she came home From
The Bus stop. He got his son Joe ~~and~~ a Job at~~o~~
The Power Company where we worked and made
sure he was OK. Tony also always Talked Highly

about his wife Jodi, he always said what a great woman she is and how much he loves her and his family.

And finally, Tony is a great and loyal friend. There were times where I was having problems at work and he was always there for me, helping me anyway he could, and he didn't pull any punches, if I was wrong he would tell me straight out right. He was also a major help when I was going through my divorce, it was the hardest time of my life and Tony was there for me day or night, Anytime I needed him, he was there.

Your Honor, I'd like to thank you for taking the time to read my letter and get a little insight into the man Mr. Tony Mastanduno, I appreciate your time, and if you have any questions that I can help you with, please feel free to contact me,

John C. Sabolenko
103 Woodcut Dr.
Mastic Beach, NY 11951
631-291-8679
Thank you, Sincerely

John C. Sabolenko

The Honorable Tanya S. Chutkan
United States District Court Judge
United States Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001


Your Honor,

    My name is Robert Sewall, I am a lifelong friend of Tony Mastanduno, who I know as Anthony. There are not many people who refer to Tony as Anthony, but as my childhood friend this is how I have always known and referred to him, and it would be odd for both of us if I referred to him in any other way. We first met in Anthony's Sophomore year of High School through a mutual friend who unfortunately passed from Covid-19. That mutual friend had an after school Newspaper route and could not make his delivery one afternoon and Anthony stepped up, volunteering to deliver his newspapers for him. That route had some confusing deliveries and I assisted Anthony in working through those issues. In his gratitude Anthony and I went to lunch after the deliveries were completed and had a great afternoon bonding into a friend ship that has now spanned some 45 years. Through all that time I have always known Anthony to be a person who selflessly serves others. Even from the Day I met him, he was helping his family. He was living in a Single parent household with his Mother and 2 brothers at that time, and was working a part time job at a local nature preserve while attending High School to help his mother with expenses. This life of serving continued when Anthony enlisted in the United States Marine Corp not too long after completing High School. I was surprised at this choice since at the time Anthony was not a physical presence that you would think of as a US Marine, but his Father was a Marine and even though they had been estranged by time, it seems Anthony had a desire to follow in service to his country as his father did before him. Anthony and I both served our country Honorably (My service was in the US Army) and while this was during one of the longest peace time periods of our Countries history, Anthony did not escape his service without personal hardship. Not very long after completing Boot Camp in Camp Lejeune, Anthony lost many of the Marine Brothers who he had personally bonded with in that cauldron of training used to Forge US Marines when the Marine Barracks was bombed in Beirut Lebanon. It was hard for me to imagine that type of loss for those men were truly his brothers who he trained side by side with and who had by chance shipped to Beirut while Anthony went into Marine Security Service protecting Navy resources. I expected to never see many of the Men I went through Basic Training with again, but this was a different degree of never and circumstances. I remember trying to give what little condolences I could to Anthony for the loss he endured but really I could only just be there for him. He went on Serving in expeditionary security cruises including a tour guarding a Naval Nuclear Weapon Station where his patrol was confronted by an intruder who began shooting at them. Back then like in Beirut, the state of readiness did not allow for weapons loaded, but that did not stop Anthony from performing his duty and his patrol was able to stop the intruder with close personal danger.

After being Honorably discharged from the United States Marine Corp, Anthony continued in his service of others, joining the Volunteer Fire department in our community. This is where he met his wife Jody, who served on the Ambulance team in his firehouse. Anthony served our community for years, putting himself at personal risk for strangers, be it for a house fire or an automobile accident, day or night he responded without personal concern for himself. I even remember one incident he was visiting my home and a signal came over his radio and he said "Come on, this is right down the block, we can be there before they even roll". We got there and Anthony identified the issue as a boiler puffback and had it made safe before the Fire Chief arrived on scene. I gained a tremendous amount of admiration for Anthonys selflessness when I was an intermediary in an incident with Anthonys brother and another childhood friend over a financial issue. Our friend had helped Anthony and his brother by being a 1% guarantor on a mortgage note. When circumstances with his brother evolved into irreconcilable and impossible living conditions, Anthony released our friend from his obligations and when our friend believed foreclosure on that note would prevent him from making his own home purchase, Anthony volunteered to use all of his assets to stop that action even though it was everything he had saved up for his own upcoming wedding. When I pointed out to him that there was little chance this would impact our friend in securing a mortgage, Anthony just said to me "Rob, I promised him if he helped me I wouldn't let anything bad happen and even if it means ruining my finances, I have to stay true to my word". In the end, Anthonys brother wouldn't agree to cooperate. But the foreclosure did not impact our friends home purchase. Anthony later confessed he was relieved his brother did not accept, but there was no way he was going to put anyone in harms way except himself.

Anthony was a groomsman in my wedding party and he asked me to be his Best Man for his and Jodys wedding. Anthony was also my Youngest daughters Godfather, and even though as the years went by and we became distracted by our growing families and lives, Anthony always made a point of coming by for her birthday with a gift, even if he could only spare a small amount of time. Anthony and I both went on to work for the local Electric Utility Company where he eventually settled in as an Underground Electric Splicer, again serving the community in a dangerous job identifying and repairing high voltage electrical faults to restore power to neighborhoods often working with Local Fire Dept and Police Depts due to the unbelievable amount of times storms and Drivers took down electrical lines which needed to be made safe and restored. Even when Anthony was working Full time for the Utility company, he still made time to have side work. He was either working on improving his own Property or working on someone else's project. I was truly exhausted just seeing all the projects he took on without complaint. When I took the ambitious effort of doing my own House remodeling, Anthony was right there volunteering to help out with the demolition and framing work. Even though early in the first day he was injured when a piece of falling lumber cut his head (probably needed stitches), he just put on a bandaid and kept right on working through the day. He eventually took on a HUD job (Housing and Urban Development) for a local "Police officer in the community" project where HUD was subsidizing a police officer to renovate a home in an area and become part of that community. I worked for him on that project doing Home wiring and Heating along with some other trade personnel. But when he accidentally missed some confusion with one of his other

workers when ordering windows, the projects finances became depleted and he couldn't afford to hire workers to move forward to the next scheduled HUD payment. He was taking his own money, letting his own debt accrue while working alone trying to move the job forward. Eventually he needed my particular experience and I worked with him for the day asking him not to pay me since I knew he was losing money and we always helped each other out at our homes with no expectation of compensation. Anthony insisted that this was "a Job" and he had gotten himself into this and wasn't going to have anyone else shoulder his burden. Eventually he completed the work needed and got to the next HUD payment and resolved the financial dilemma. Anthony continued his selflessness when his sister in laws family found hardship after a Hurricane flooded their home. Anthony provided them with his families RV to live in while their home was being remediated. Anthony often showed appreciation to friends and family and neighbors, having backyard Barbecues asking only that people come and enjoy themselves, sometimes catering the event or just keeping the grill going until everyone was satisfied.

Your Honor, in summary I have always known Anthony to be a person who strives to do the right thing and will always step up to help out others even strangers without putting his own personal needs in the forefront. I know I could always count on him if I needed his help. I would like to thank you for taking your time to consider the reflections of my personal experiences with my Lifelong Friend, Anthony "Tony" Mastanduno.

Sincerely,

Robert Sewall
178 Gainsborough Rd
Holbrook NY 11741
Phone 516-807-8662

May 31, 2024

The Honorable Tanya S. Chutkan

United States District Court Judge

United States Courthouse

333 Constitution Avenue NW

Washington, DC 20001

Your Honor Judge Chutkan,

We are long-time friends of Tony Mastanduno.  We are Ronald E.
and Deborah Miller, 2400 Freysville Road, Red Lion, PA 17356.

We have known Tony well over 20 years.  He came into our lives
when he met and married his wife, who we have known since she
was born.  Tony served our country proudly in the U.S. Marine
Corps, he loves this country.  He has always been a good
provider for his family, a loving and kind man who is very
supportive of his wife and children.  Tony has worked in the
same job for many years and has a solid work ethic.  When asked,
Tony will help a friend in need.

Thank you for the opportunity.

Sincerely,

*Ronald E. Miller, Deborah Miller*

Ronald E. Miller, Deborah Miller

(717)873-1715

(717)873-2718

From,
Jorge Martins
318 Barwick Blvd.
Mineola, NY 11501


Date: 05/20/2024


To, The Honourable Tanya S. Chutken
United States District Court Judge
United States Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001


Dear Judge Tanya Chutken,

     My name is Jorge Martins, I am writing this letter regarding my friend Tony Mastaduno. I have known Tony for over 30 years ever since I met him at work at the Long Island Electrical Company (Gas and electrical utility for Long Island New York). We worked on the same crew for many years until the company split up. Tony was my helper, he was very respectful, and a hard worker, always volunteering to do more. After we went to different jobs, we always stayed friends. I've always known Tony to have more than one job to provide for his family because that's the type of person that he is, putting others before him. Whenever I needed help with anything at my house or if I broke down, he was always there being just a really good friend. I'll never forget when I was building my house, we broke a gas line that was leaking into my house and street. I called him and without hesitation, he was there within 20 minutes. He's also a proud veteran that truly loves this country. He always lit up with a smile every time he would tell us stories while he served.
     This truly hurts me to see what is happening to him, I do believe in my heart on that horrible day January 6th, Tony didn't go there with bad intentions because I do know he loves this beautiful country. I hope and pray that the Honorable Judge Tanya Chutken finds it in your heart to give Tony Mastaduno leniency. Your Honor, his family really needs him and so does society. I am sure we will get to see the good things he can do for our society again. I appreciate you taking the time to read my letter. Thank you.


Yours sincerely,
Jorge Martins