UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-cr-434 (TSC) |
| | : | |
| ANTHONY MASTANDUNO, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF GOVERNMENT'S UPDATED EXHIBIT LIST
FOR JUNE 27, 2024 SENTENCING**

To aid the Court, the government submits as an attachment to this Notice its updated exhibit list for the upcoming June 27, 2024 sentencing in this matter, which adds one additional exhibit, Exhibit 16.

              Respectfully submitted,

              MATTHEW M. GRAVES
              UNITED STATES ATTORNEY
              D.C. Bar Number 481052

By:   */s/ Samantha R. Miller*
     SAMANTHA R. MILLER
     Assistant United States Attorney
     New York Bar No. 5342175
     United States Attorney's Office
     For the District of Columbia
     601 D Street, NW 20530
     Samantha.Miller@usdoj.gov

| | *United States v. Mastanduno* - 23-cr-00434-TSC<br>**Government Updated Exhibit List for June 27, 2024 Sentencing** | |
|---|---|---|
| **Govt Ex. No.** | **Description of Exhibit** | **Relevant Timecode (if applicable)** |
| 1 | Ex. 1 - USCS 01 Senate Wing Door near S139-2021-01- | 00:53 (Mastanduno appears in doorway);<br>00:56-1:00 (Mastanduno appears to pull up goggles). |
| 2 | Ex. 2 - Def Dominic Box - Crypt Video_IMG_2401[1].MOV | 00:07 (Mastanduno appears on left of screen, goggles and mask are down);<br>00:16 (Mastanduno re-appears in same area near column);<br>00:20 (rioters begin throwing water at police line; Mastanduno pulls up goggles; rioters begin forcing police line back; Crypt eventually becomes overwhelmed). |
| 3 | Ex. 3 - USCH 01 Memorial Door-2021-01-06_14h30min00s000ms.asf | 04:20 (Mastanduno appears on bottom right of screen);<br>04:30-04:34 (Mastanduno poses for picture in front of Václav Havel bust). |
| 4 | Ex. 4 - JRobertson - Officer Drag from Tunnel.mp4 | 2:34 beyond (Mastanduno appears middle bottom of screen while rioters viscously beat police, including with ice hockey stick);<br>03:04 (Mastanduno begins moving forward towards mouth of tunnel);<br>03:10-03:14 (after watching officer get dragged down steps, Mastanduno leans over railing to look at officer);<br>03:44 (Mastanduno takes additional steps to get closer to mouth of tunnel);<br>06:08 (after video cuts, it returns to around same timeframe at mouth of tunnel; Mastanduno seen at far left of tunnel, hat off, holding stolen police shield);<br>06:28 (Mastanduno seen using telescoping baton to strike officers);<br>07:00-07:24 (after video cuts, it returns to same timeframe at mouth of tunnel; Mastanduno again at far left of tunnel);<br>08:49 (police appear to deploy pepper spray at mouth of tunnel);<br>11:00 (after video cuts, it returns to mouth of tunnel; police deploy pepper spray). |
| 5 | Ex. 5 - Ofc Drag LWT.jpg | NA - still shot |
| 6 | Ex. 6 - A.Wa. BWC - X6039BJJV.mp4 | 03:34 (Officer knocked to the ground by rioters at mouth of tunnel; Mastanduno nearby);<br>04:05 (Officer begins begin dragged out of tunnel by rioter, Ronald McAbee);<br>04:18-04:25 (Mastanduno seen in top left corner of BWC looking down at Officer). |

## United States v. Mastanduno - 23-cr-00434-TSC
## Government Updated Exhibit List for June 27, 2024 Sentencing

| Govt Ex. No. | Description of Exhibit | Relevant Timecode (if applicable) |
|---|---|---|
| 7 | Ex. 7 - E USCH BA Lower W Terrace Door-2021-01-06_16h15min00s000ms.asf | 15:06 (Mastanduno appears in the middle center of the tunnel);<br>15:21-31 (Mastanduno, visibly holding a stolen police riot shield and a telescoping baton, bends down to pick up blue flagpole-like item to launch it at police; Mastanduno then seen launching flagpole into group of officers);<br>16:03-16:14 (as one rioter is unconscious and being dragged to police line for emergency aid, Mastanduno turns around towards mob and puts hand up, appearing to tell them to stop the violence momentarily);<br>16:41 (violence against police recommences; Mastanduno still at front of mob in the middle of mouth of tunnel);<br>16:59- 17:12 (Mastanduno steps up toward right side of tunnel and confronts police line using stolen police shield and telescoping baton).<br><br>17:12-17:17 (Mastanduno seen reaching up with right hand to strike officers multiple times with telescoping baton, including reaching over the top of shields to attempt to strike second line of officers ~ 4:32:12 PM);<br>18:16 (Mastanduno, without baseball hat, seen far right of tunnel pushing officers with stolen police shield);<br>18:29-18:37 (Mastanduno again seen reaching up with right hand to strike officers with telescoping baton; then steps back to just outside right of tunnel);<br>19:38-22:50 (Mastanduno reappears at mouth of tunnel, right side, where he remains to assist other rioters while objects, such as a large wood beam, are brought out of the US Capitol Building to use against police; he also picks up his baseball hat and takes it on and off). |

## United States v. Mastanduno - 23-cr-00434-TSC
### Government Updated Exhibit List for June 27, 2024 Sentencing

| Govt Ex. No. | Description of Exhibit | Relevant Timecode (if applicable) |
|---|---|---|
| 8 | Ex. 8 - S.S. BWC - X6039BJ8Z.mp4 | 03:46-04:01 (Mastanduno seen approaching mouth of tunnel; bends down to pick up blue flagpole-like object); 04:01-04:04 (Mastanduno launches the flagpole into the line of officers; pole appears to brush Officer S.S.'s hand); 04:04-04:55 (emergency aid is attempted on unconscious rioter; rioter is brought behind police line); 04:55-05:43 (violence against police recommences; Mastanduno still at front of mob in the middle of mouth of tunnel holding stolen police shield and baton); 05:43-07:30 (attack on police line recommences in earnest; Mastanduno seen through shields on far right wearing red baseball hat while pushing against police line with stolen police shield; baton strikes visible at times); 07:32-end (Mastanduno visible as he remains, holding stolen police riot shield, just outside right of tunnel; he remains to assist other rioters while objects, such as a large wood beam, are brought out of the US Capitol Building to use against police; he also picks up his baseball hat and takes it on and off). |

| | *United States v. Mastanduno* - 23-cr-00434-TSC<br>**Government Updated Exhibit List for June 27, 2024 Sentencing** | |
|---|---|---|
| Govt Ex. No. | Description of Exhibit | Relevant Timecode (if applicable) |
| 9 | Ex. 9 - Pole throw and assaults - Norman Koch YouTube DC 1 6 21(2).mp4-.mp4 | 00:00-00:02 (Mastanduno is visible in middle of screen; he is holding a stolen police riot shield and a telescoping baton, bends down to pick up blue flagpole-like item to launch it at police; Mastanduno then seen launching flagpole into group of officers);<br>00:24-01:09 (video cuts to portion where Mastanduno has already approached police line using shield; he appears on far left of tunnel without his red baseball hat);<br>01:09-end (Mastanduno seen using telescoping baton to strike officer line). |
| 10 | Ex. 10 - T.C. BWC - X6039BJ04.mp4 | 04:36 (Officer to the left of Officer S.S. seen holding an officer helmet, believed to belong to officer T.J.'s);<br>04:53-04:57 (Mastanduno seen through Officer T.C.'s police shield bending over to pick up blue flagpole and launching it into Officer T.C.'s police shield; pole makes contact with Officer T.C.);<br>04:57-05:57 (emergency aid is attempted on unconscious rioter; rioter is brought behind police line);<br>04:55 -06:34 (violence against police recommences; Mastanduno seen advancing towards police line in direction of Officer T.C. and officer next to him; officer then falls back to second or third line of officers).<br><br>12:48-17:35 (Mastanduno visible as he remains, holding stolen police riot shield, just outside right of tunnel; he remains to assist other rioters while objects, such as a large wood beam, are brought out of the US Capitol Building to use against police; he also picks up his baseball hat and takes it on and off). |
| 11 | Ex. 11 - M.D. BWC - X6039BHR7.mp4 | 2:00 (Officer M.D. moves to front of police line, appears to be diagonally to the right of Mastanduno (from Mastanduno's perspective); Mastanduno seen holding and/or using police stolen police shield);<br>02:34 (Mastanduno visible at far right of tunnel at front of mob);<br>02:38-02:47 (Mastanduno's baton clearly visible, then raises arm to strike at officers);<br>03:14 (rioter in black leather jacket falls down in front of police line, forcing Mastanduno back to just outside mouth of tunnel). |

| | *United States v. Mastanduno* - 23-cr-00434-TSC<br>**Government Updated Exhibit List for June 27, 2024 Sentencing** | |
|---|---|---|
| **Govt Ex. No.** | **Description of Exhibit** | **Relevant Timecode (if applicable)** |
| 12 | Ex. 12 - J.S. BWC - X6039BL39.mp4 | 00:25-00:57 (Mastanduno visible after pole launch and as he approaches to square off with police line);<br>01:55 (Mastanduno seen holding telescoping baton about to strike, then is forced back and to his left, towards edge of tunnel);<br>3:16-end (Mastanduno visible as he remains, holding stolen police riot shield, just outside right of tunnel; he remains to assist other rioters while objects, such as a large wood beam, are brought out of the US Capitol Building to use against police; he also picks up his baseball hat and takes it on and off). |
| 13 | Ex. 13 - Baton strikes from behind - 45DAY32CAMB0133 [CLIP].mov-.avi | 01:47 (Mastanduno is seen at the left edge of tunnel, without baseball hat; begins striking officers with telescoping baton while pushing with stolen police riot shield);<br>01:53-01:57 (Mastanduno strikes with baton at least twice; he then appears to have been sprayed by pepper spray and temporarily retreats);<br>02:52-end (Mastanduno visible as he remains, holding stolen police riot shield, just outside right of tunnel; he remains to assist other rioters while objects, such as a large wood beam, are brought out of the US Capitol Building to use against police; he also picks up his baseball hat and takes it on and off). |
| 14 | Ex. 14 - Open Source Near LWT.wav | 01:14-end (Mastanduno appears to be suffering from effects of pepper spray just below tunnel as doors are removed from nearby Capitol room and moved towards tunnel of police; other rioters pour water in his eyes). |
| 15 | Ex. 15 - A.We. BWC - X6039BHRF.mp4 | 03:00-03:10 (after reinforcements arrive to assist police in clearing the LTW area, Mastanduno seen in same vicinity as Ex. 14, this time lying on ground, appearing to be suffering from effects of pepper spray). |
| 16 | Ex. 16 - Open Source Baton Strikes from Behind | 00:20 (Mastanduno loses red baseball hat as he begins striking officers with baton). |

5